1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   1:10-CR-00338-AWI
                                     )
12                  Plaintiff,       )   PRELIMINARY ORDER OF FORFEITURE
                                     )
13  v.                               )
                                     )
14  ANTHONY PHOTOPOULOS,             )
                                     )
15                  Defendant.       )
                                     )

16

17      Based upon the plea agreement entered into between plaintiff

18  United States of America and defendant Anthony Photopoulos, it is

19  hereby ORDERED, ADJUDGED, AND DECREED as follows:

20      1.   Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),

21  defendant Anthony Photopoulos' interest in the following property

22  shall be condemned and forfeited to the United States of America, to

23  be disposed of according to law:

24          a.   Bushmaster, model XM15-E2S, caliber .223
                 firearm, bearing serial number XX1351, and
25
            b.   4 boxes of .223 caliber ammunition.
26

27      2.   The above-listed property constitutes a firearm and

28  ammunition involved in or used in a knowing violation of 18 U.S.C. §

Preliminary Order of Forfeiture          1

1    922(g)(1) and (9).

2        3.    Pursuant to Rule 32.2(b), the Attorney General (or a

3    designee) shall be authorized to seize the above-listed property.

4    The aforementioned property shall be seized and held by the Bureau of

5    Alcohol, Tobacco, Firearms and Explosives, in their secure custody

6    and control.

7        4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.

8    § 853(n), and Local Rule 171, the United States shall publish notice

9    of the order of forfeiture.  Notice of this Order and notice of the

10   Attorney General's (or a designee's) intent to dispose of the

11   property in such manner as the Attorney General may direct shall be

12   posted for at least 30 consecutive days on the official internet

13   government forfeiture site www.forfeiture.gov.  The United States may

14   also, to the extent practicable, provide direct written notice to any

15   person known to have alleged an interest in the property that is the

16   subject of the order of forfeiture as a substitute for published

17   notice as to those persons so notified.

18        b.    This notice shall state that any person, other than

19   the defendant, asserting a legal interest in the above-listed

20   property, must file a petition with the Court within sixty (60) days

21   from the first day of publication of the Notice of Forfeiture posted

22   on the official government forfeiture site, or within thirty (30)

23   days from receipt of direct written notice, whichever is earlier.

24        5.    If a petition is timely filed, upon adjudication of all

25   third-party interests, if any, this Court will enter a Final Order of

26   ///

27   ///

28

Preliminary Order of Forfeiture              2

1   Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),

2   in which all interests will be addressed.

3

4   IT IS SO ORDERED.

5

6   Dated: _____ February 22, 2011 _____   _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Preliminary Order of Forfeiture                3