```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  1:10-CR-00338-AWI
                                  )
12                  Plaintiff,    )  FINAL ORDER OF FORFEITURE
                                  )
13  v.                            )
                                  )
14  ANTHONY PHOTOPOULOS,          )
                                  )
15                  Defendant.    )
                                  )
16
```

17      WHEREAS, on February 23, 2011, the Court entered a Preliminary
18  Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §
19  924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement
20  entered into between plaintiff and defendant Anthony Photopoulos, in
21  the following property:
22          a.   Bushmaster, model XM15-E2S, caliber .223
                 firearm, bearing serial number XX1351, and
23
            b.   4 boxes of .223 caliber ammunition;
24
25      AND WHEREAS, beginning on March 15, 2011, for at least 30
26  consecutive days, the United States published notice of the Court's
27  Order of Forfeiture on the official internet government forfeiture
28  site www.forfeiture.gov.  Said published notice advised all third

Final Order of Forfeiture              1

1  parties of their right to petition the Court within sixty (60) days
2  from the first day of publication of the notice for a hearing to
3  adjudicate the validity of their alleged legal interest in the
4  forfeited property;
5      AND WHEREAS, the Court has been advised that no third party has
6  filed a claim to the subject property and the time for any person or
7  entity to file a claim has expired.
8      Accordingly, it is hereby ORDERED and ADJUDGED:
9      1.   A Final Order of Forfeiture shall be entered forfeiting to
10 the United States of America all right, title, and interest in the
11 above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C.
12 § 2461(c), to be disposed of according to law, including all right,
13 title, and interest of Anthony Photopoulos.
14     2.   All right, title, and interest in the above-listed property
15 shall vest solely in the name of the United States of America.
16     3.   The Bureau of Alcohol, Tobacco, Firearms and Explosives
17 shall maintain custody of and control over the subject property until
18 it is disposed of according to law.
19 IT IS SO ORDERED.

Dated:     June 20, 2011                _____
                                        CHIEF UNITED STATES DISTRICT JUDGE